Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSITA C. GO,

        Plaintiff,

-against-

THE ROCKEFELLER UNIVERSITY,

        Defendant.

---

ROSITA GO,

        Plaintiff,

-against-

ROBERTA MALONEY, et al.

        Defendants.

04 Civ. 4008 (JSR) (HBP)
06 Civ. 1825 (JSR) (HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-09

## NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

        Please enter the withdrawal of Abigail L. Perdue of Proskauer Rose LLP as a counsel of record in the above-referenced cases for Defendants The Rockefeller University, Roberta (Robin) Maloney, Kathleen Cassidy, Michelle Keenan, and Gloria Chang DiGennaro (collectively, "The Rockefeller Defendants"). I further request that I be removed from the dockets for the above-referenced matters so that I no longer receive ECF notifications regarding them. The reason for my withdrawal is that I will be leaving the law firm of Proskauer Rose LLP on August 7, 2009, to begin employment as an

Adjunct Instructor and Special Consultant to the Pre-Law Program on or about August 24, 2009 at a university.

Respectfully submitted,

*Abigail L. Perdue*
Abigail L. Perdue

Dated:  August 7, 2009

SO ORDERED:

_____
U.S.D.J.
8/17/09